UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

In Re: Sunderlage Resource Group, Inc. )) Chapter 7
) No. 11-37692
Debtor     Hon. Eugene Wedoff

FINAL REPORT OF DEBTOR AND DEBTOR-IN-POSSESSION

UPON CONVERSION OF CHAPTER 11 CASE TO A

CHAPTER 7 CASE PURSUANT TO BANKRUPTCY RULE 1019 (5)

Now comes Sunderlage Resource Group, Inc., the Debtor in the captioned Chapter 7 Case, by its counsel, and states as follows:

- **Cash**

    (a) Total cash receipts received during Chapter 11 Case (include cash on hand when the petition was filed).
    $ 26,689.33

    (b) Total cash disbursements during Chapter 11 Case
    $ 13,151.51

    (c) Cash balance on hand as of the date the Case was converted to a Chapter 7 Case
    $ 13,537.82

Attached hereto as **Exhibit A** is a listing of all receipts received and disbursements made by the debtor during the Chapter 11 Case.

- **Accounts Receivable**

Total amount due the debtor from other entities as of date the Case was converted to a Chapter 7 Case.    $ -0-

Attached hereto as **Exhibit B** is a listing of all amounts owed to the debtor from other entities as of the date the Chapter 11 Case was converted to a Chapter 7 Case.

- **Accounts Payable**

    (a) Total unpaid debts incurred during the Chapter 11 Case

    $ 0

    Attached hereto as **Exhibit C** is a listing of all debts incurred by the debtor during the Chapter 11 Case which were unpaid as of the date the Chapter 11 Case was converted to a Chapter 7 Case.

- **Original Chapter 11 Assets**

    Attached hereto as **Exhibit D** is a listing of the assets of the debtor other than cash or accounts receivable on the date the petition was filed that were (a) disposed of during the Chapter 11 Case or (b) that were retained but had a reduced or increased value on the date or of conversion to a Chapter 7 Case.

- **New Chapter 11 Assets**

    Attached hereto as **Exhibit E** is an itemized listing of the assets of the debtor other than cash or accounts receivable that were acquired by the debtor during the Chapter 11 Case that were disposed of during the Chapter 11 Case and that were retained as assets as of the date of conversion to a Chapter 7 Case.

- **Executory Contracts and Unexpired Leases**

    (a) **Rejected.** Attached hereto as **Exhibit F-1** is a listing of the unexpired leases and other executory contracts that were ejected during the Chapter 11 Case, including the name and address of every other party to each contract, the obligations of each party under the contract and the description and value of the property covered by the contract.

    (b) **New, Assumed or Not Rejected.** Attached hereto as **Exhibit F-2** is a listing of the unexpired leases and other executory contracts that were assumed or not rejected and the new executory contracts including leases that were entered into during the Chapter 11 Case, including the name and address of every other party to each contract, the obligations of each party under the contract and the description and value of the property covered by the contract.

The final report, consisting of 2 pages and exhibits A through F-1 & F-2, has been prepared for or by the undersigned, who declared under penalty of perjury that the

statements contained therein are true and correct to the best of his knowledge information on belief.

Executed on: December 19, 2011 Signed: _____

Tracy Sunderlage, the Debtor's President

Page of

**Exhibits to Final Report of Debtor and Debtor-In-Possession Upon Conversion of Chapter 11 Case to a Chapter 7 Case Pursuant to bankruptcy rule 1019 (5)**

**Exhibit A**
**Cash**
1. 22,406.69
2. 
3. 
4. 

Receipts — Commissions Received
1. Aug.  525.65
2. Sept. 358.54
3. Oct.  1,768.76
4. Nov.  1,054.15
   Dec.  575.54

**Disbursements**
1. Aug   0
2. Sept  5283.64
3. Oct   2527.71
4. Nov.  5340.16
   Dec   0

**Exhibit B**
**Accounts Receivable**
1. 0
2. 
3. 
4. 

**Exhibit C**
**Accounts Payable**
1. 0
2. 
3. 
4. 

**Exhibit D**
**Original Chapter 11 Assets**
1. 0  Cash
2. 
3. 
4. 

**Exhibit E**
**New Chapter 11 Assets**

Acquired & Disposed of During Chapter 11 Case
1. 0
2. 
3. 
4. 

Acquired During Chapter 11 Case & Retained
1. 0
2. 
3. 
4.

**Exhibit F**
**Executory Contracts and Unexpired Leases**

    1 _____
    2 _____
    3 _____
    4 _____

**Exhibit F-1**
**Rejected**

    1 _____
    2 _____
    3 _____
    4 _____

**Exhibit F-2**
**New, Assumed or Not Rejected**

    1 _____
    2 _____
    3 _____
    4 _____

Case 11-37692    Doc 54    Filed 12/29/11    Entered 12/29/11 16:10:40    Desc Main Document    Page 5 of 6

Exhibit F
Executory Contracts and Unexpired Leases

### Assets listed in Sunderlage Resource Group, Inc. Bankruptcy Schedules

1. Checking Account and #95057714 Chase Bank — $11,923.16
2. Promissory note payable by SMG International US LLC — $400,000.00
3. Printer and Computer — $1,750.00
4. Miscellaneous Office Supplies — $100.00