# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:  §
        §
SUNDERLAGE RESOURCE GROUP INC.   §   Case No. 11-37692
        §
        Debtor(s)   §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
       . The case was converted to one under Chapter 7 on              . The
undersigned trustee was appointed on         .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of            $

    Funds were disbursed in the following amounts:

    Payments made under an interim disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]            $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/JOSEPH R. VOILAND_____
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1
Exhibit A

| Case No: | 11-37692 RG Judge: MANUEL BARBOSA | Trustee Name: | JOSEPH R. VOILAND |
| --- | --- | --- | --- |
| Case Name: | SUNDERLAGE RESOURCE GROUP INC. | Date Filed (f) or Converted (c): | 11/15/11 (c) |
| | | 341(a) Meeting Date: | 12/19/11 |
| For Period Ending: | 08/19/14 | Claims Bar Date: | 04/30/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. checking account - Chase | 11,923.16 | 11,923.16 | | 0.00 | FA |
| 2. promissory note - SRG International | 400,000.00 | 400,000.00 | | 0.00 | FA |
| 3. printer and computer | 1,750.00 | 1,750.00 | | 0.00 | FA |
| 4. misc. office supplies | 100.00 | 100.00 | | 0.00 | FA |
| 5. DIP account - JP Morgan Chase Bank (u) | 0.00 | 0.00 | | 20,132.44 | FA |
| TOTALS (Excluding Unknown Values) | $413,773.16 | $413,773.16 | | $20,132.44 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee is awaiting the outcome of the administration of the bankruptcy estate of the owner of the debtor corp.
(being administered by a different Trustee).

Initial Projected Date of Final Report (TFR): 08/15/13    Current Projected Date of Final Report (TFR): 06/15/15

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 11-37692 -RG | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|
| Case Name: | SUNDERLAGE RESOURCE GROUP INC. | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******1925 Checking Account |
| Taxpayer ID No: | *******9378 | | |
| For Period Ending: | 08/19/14 | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/12/14 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 18,337.17 | | 18,337.17 |
| 04/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 17.58 | 18,319.59 |
| 04/09/14 | 5 | Chase Bank | | 1229-000 | 1,549.81 | | 19,869.40 |
| 05/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 27.99 | 19,841.41 |
| 06/06/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 29.50 | 19,811.91 |
| 07/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 28.50 | 19,783.41 |
| 08/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 29.41 | 19,754.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 19,886.98 | 132.98 | 19,754.00 |
| Less: Bank Transfers/CD's | | 18,337.17 | 0.00 | |
| Subtotal | | 1,549.81 | 132.98 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 1,549.81 | 132.98 | |

Page Subtotals      19,886.98      132.98

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 11-37692  -RG |
| Case Name: | SUNDERLAGE RESOURCE GROUP INC. |
| Taxpayer ID No: | *******9378 |
| For Period Ending: | 08/19/14 |

| | |
|---|---|
| Trustee Name: | JOSEPH R. VOILAND |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******9983  Checking Account |
| Blanket Bond (per case limit): | $ 50,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/03/13 | 5 | Chase Bank | proceeds from DIP account | 1229-000 | 18,582.63 | | 18,582.63 |
| 03/31/13 | | Congressional Bank | bank service fee | 2600-000 | | 14.64 | 18,567.99 |
| 05/31/13 | | Congressional Bank | bank service fee | 2600-000 | | 1.07 | 18,566.92 |
| 06/01/13 | | Congressional Bank | bank service fee (4/22/13) | 2600-000 | | 19.72 | 18,547.20 |
| 06/30/13 | | Congressional bank | bank service fee (5/31/13) | 2600-000 | | 18.00 | 18,529.20 |
| 06/30/13 | | Congressional Bank | bank service fee | 2600-000 | | 19.68 | 18,509.52 |
| 07/31/13 | | CB | bank service fee | 2600-000 | | 19.02 | 18,490.50 |
| 08/31/13 | | CB | bank service fee | 2600-000 | | 19.63 | 18,470.87 |
| 09/30/13 | | cong bnk | bank service fee | 2600-000 | | 19.61 | 18,451.26 |
| 10/31/13 | | cb | bank service fee | 2600-000 | | 18.96 | 18,432.30 |
| 12/01/13 | | cb | bank service fee | 2600-000 | | 19.57 | 18,412.73 |
| 12/31/13 | | cb | bank service fee | 2600-000 | | 18.92 | 18,393.81 |
| 01/31/14 | | cb | bank service fee | 2600-000 | | 19.53 | 18,374.28 |
| 02/28/14 | | cb | bank service fee | 2600-000 | | 19.51 | 18,354.77 |
| 03/11/14 | | cb | bank service fee | 2600-000 | | 17.60 | 18,337.17 |
| 03/12/14 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 18,337.17 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 18,582.63 | 18,582.63 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 18,337.17 | |
| Subtotal | 18,582.63 | 245.46 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 18,582.63 | 245.46 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********1925 | 1,549.81 | 132.98 | 19,754.00 |
| Checking Account - ********9983 | 18,582.63 | 245.46 | 0.00 |
| | 20,132.44 | 378.44 | 19,754.00 |

Page Subtotals     18,582.63     18,582.63

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM24

Ver: 17.05c

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit B

| Case No: | 11-37692 -RG | | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|
| Case Name: | SUNDERLAGE RESOURCE GROUP INC. | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******9983  Checking Account |
| Taxpayer ID No: | *******9378 | | | |
| For Period Ending: | 08/19/14 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                0.00              0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: September 04, 2014 |
|---|---|---|---|---|---|---|

Case Number: 11-37692  
Debtor Name: SUNDERLAGE RESOURCE GROUP INC.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | JOSEPH R. VOILAND<br>1625 Wing Road<br>Yorkville, IL 60560 | Administrative | | $2,763.24 | $0.00 | $2,763.24 |
| 001<br>2200-00 | JOSEPH R. VOILAND<br>1625 Wing Road<br>Yorkville, IL 60560 | Administrative | | $154.72 | $0.00 | $154.72 |
| 001<br>2700-00 | Clerk of the U.S. Bankruptcy Court<br>219 S. Dearborn<br>Chicago, IL 60604 | Administrative | | $293.00 | $0.00 | $293.00 |
| 000009A<br>001<br>2950-00 | Office of the U.S. Trustee<br><B>(ADMINISTRATIVE)</B><br>219 S. Dearborn St. Room 873<br>Chicago, Il 60604 | Administrative | | $325.00 | $0.00 | $325.00 |
| 000001<br>070<br>7100-00 | Butler Rubin Saltarelli & Boyd LLP<br>Cheryl Tama Oblander<br>70 West Madison Street<br>Suite 1800<br>Chicago, IL 60602-4257 | Unsecured | | $295,079.92 | $0.00 | $295,079.92 |
| 000002<br>070<br>7100-00 | PBT Trust<br>c/o William Fitzpatrick<br>36 W. Randolph, Suite 301<br>Chicago, IL 60601 | Unsecured | | $1,700,000.00 | $0.00 | $1,700,000.00 |
| 000003<br>070<br>7100-00 | Therese Mintjal<br>c/o William Fitzpatrick<br>36 W. Randolph, Suite 301<br>Chicago, IL 60601 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000004<br>070<br>7100-00 | David Mintjal<br>c/o William F. Fitzpatrick<br>36 W. Randolph, Suite 301<br>Chicago, IL 60601 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000005<br>070<br>7100-00 | Precision Consulting, Inc.<br>Merit B Herman President/CEO<br>1875 Lester Ave.<br>Clovis, CA 93619 | Unsecured | | $134,953.30 | $0.00 | $134,953.30 |
| 000006<br>070<br>7100-00 | Butler Rubin Saltarelli & Boyd LLP<br>Cheryl Tama Oblander<br>70 West Madison Street<br>Suite 1800<br>Chicago, IL 60602-4257 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000007<br>070<br>7100-00 | Benjamin B. LeCompte III<br>Kenneth A Michaels Jr<br>53 W Jackson # 1115<br>Chicago, IL 60604 | Unsecured | | $1,955,664.85 | $0.00 | $1,955,664.85 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: September 04, 2014 |

Case Number:  11-37692      Claim Class Sequence
Debtor Name:  SUNDERLAGE RESOURCE GROUP INC.

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000008<br>080<br>7200-00 | Josh Brier for J.B. Brier & Assoc<br>dba Brier & Dunn<br>4 Walsh Drive<br>Mill Valley, CA 94941 | Unsecured | | $35,584.00 | $0.00 | $35,584.00 |
| | Case Totals: | | | $4,124,818.03 | $0.00 | $4,124,818.03 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-37692
Case Name: SUNDERLAGE RESOURCE GROUP INC.
Trustee Name: JOSEPH R. VOILAND

Balance on hand                                                                 $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH R. VOILAND | $ | $ | $ |
| Trustee Expenses: JOSEPH R. VOILAND | $ | $ | $ |
| Charges: Clerk of the U.S. Bankruptcy Court | $ | $ | $ |
| Fees: Office of the U.S. Trustee <B>(ADMINISTR | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses            $_____

Remaining Balance                                                                  $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $      must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $            have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Butler Rubin Saltarelli & Boyd LLP | $ | $ | $ |
| 000002 | PBT Trust | $ | $ | $ |
| 000003 | Therese Mintjal | $ | $ | $ |
| 000004 | David Mintjal | $ | $ | $ |
| 000005 | Precision Consulting, Inc. | $ | $ | $ |
| 000006 | Butler Rubin Saltarelli & Boyd LLP | $ | $ | $ |
| 000007 | Benjamin B. LeCompte III | $ | $ | $ |

Total to be paid to timely general unsecured creditors      $_____

Remaining Balance                                           $_____

Tardily filed claims of general (unsecured) creditors totaling $            have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000008 | Josh Brier for J.B. Brier & Assoc | $ | $ | $ |

Total to be paid to tardy general unsecured creditors    $_____

Remaining Balance    $_____

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE