UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SUNDERLAGE RESOURCE GROUP INC. | § | Case No. 11-37692 |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

THOMAS E. SPRINGER, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ____ on _____, and it was converted to chapter 7 on _____. The case was pending for ____ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By: /s/THOMAS E. SPRINGER, TRUSTEE_____
                                                                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH R. VOILAND | | | | | |
| JOSEPH R. VOILAND | | | | | |
| Associated Bank | | | | | |
| BNK, CONG | | | | | |
| CB | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CLERK OF THE U.S. BANKRUPTCY COURT | | | | | |
| OFFICE OF THE U.S. TRUSTEE | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007 | BENJAMIN B. LECOMPTE III | | | | | |
| 000001 | BUTLER RUBIN SALTARELLI & BOYD LLP | | | | | |
| 000006 | BUTLER RUBIN SALTARELLI & BOYD LLP | | | | | |
| 000004 | DAVID MINTJAL | | | | | |
| 000002 | PBT TRUST | | | | | |
| 000005 | PRECISION CONSULTING, INC. | | | | | |
| 000003 | THERESE MINTJAL | | | | | |
| | THERESE MINTJAL AND DAVID MINTJAL | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000008 | JOSH BRIER FOR J.B. BRIER & ASSOC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 11-37692 ERW Judge: EUGENE R. WEDOFF | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|
| Case Name: | SUNDERLAGE RESOURCE GROUP INC. | Date Filed (f) or Converted (c): | 11/15/11 (c) |
| | | 341(a) Meeting Date: | 12/19/11 |
| For Period Ending: | 03/13/15 | Claims Bar Date: | 04/30/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. checking account - Chase | 11,923.16 | 11,923.16 | | 0.00 | FA |
| 2. promissory note - SRG International | 400,000.00 | 400,000.00 | | 0.00 | FA |
| 3. printer and computer | 1,750.00 | 1,750.00 | | 0.00 | FA |
| 4. misc. office supplies | 100.00 | 100.00 | | 0.00 | FA |
| 5. DIP account - JP Morgan Chase Bank (u) | 0.00 | 0.00 | | 20,132.44 | FA |
| TOTALS (Excluding Unknown Values) | $413,773.16 | $413,773.16 | | $20,132.44 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee is awaiting the outcome of the administration of the bankruptcy estate of the owner of the debtor corp.
(being administered by a different Trustee).

Initial Projected Date of Final Report (TFR): 08/15/13        Current Projected Date of Final Report (TFR): 06/15/15

LFORM1                                                                                                                      Ver: 18.03b
**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 11-37692 -ERW | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | SUNDERLAGE RESOURCE GROUP INC. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******1925 Checking Account |
| Taxpayer ID No: | *******9378 | | |
| For Period Ending: | 03/13/15 | Blanket Bond (per case limit): | |
| | | Separate Bond (if applicable): | $ 50,000,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/12/14 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 18,337.17 | | 18,337.17 |
| 04/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 17.58 | 18,319.59 |
| 04/09/14 | | Chase Bank | | 1229-000 | 1,549.81 | | 19,869.40 |
| 04/09/14 | 5 | Asset Sales Memo: | DIP account - JP Morgan Chase Bank $1,549.81 | | | | 19,869.40 |
| 05/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 27.99 | 19,841.41 |
| 06/06/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 29.50 | 19,811.91 |
| 07/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 28.50 | 19,783.41 |
| 08/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 29.41 | 19,754.00 |
| 10/16/14 | 003001 | JOSEPH R. VOILAND<br>1625 Wing Road<br>Yorkville, IL 60560 | | 2100-000 | | 2,763.24 | 16,990.76 |
| 10/16/14 | 003002 | JOSEPH R. VOILAND<br>1625 Wing Road<br>Yorkville, IL 60560 | | 2200-000 | | 154.72 | 16,836.04 |
| 10/16/14 | 003003 | Clerk of the U.S. Bankruptcy Court<br>219 S. Dearborn<br>Chicago, IL 60604 | | 2700-000 | | 293.00 | 16,543.04 |
| 10/16/14 | 003004 | Office of the U.S. Trustee<br>219 S. Dearborn St. Room 873<br>Chicago, Il 60604 | | 2950-000 | | 325.00 | 16,218.04 |
| 10/16/14 | 003005 | Butler Rubin Saltarelli & Boyd LLP<br>Cheryl Tama Oblander<br>70 West Madison Street<br>Suite 1800<br>Chicago, IL 60602-4257 | | 7100-000 | | 1,171.31 | 15,046.73 |
| 10/16/14 | 003006 | Therese Mintjal and David Mintjal<br>c/o William Fitzpatrick<br>36 W. Randolph, Suite 301 | | 7100-000 | | 6,748.09 | 8,298.64 |
| | | | Page Subtotals | | 19,886.98 | 11,588.34 | |

Ver: 18.03b

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 8)

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-37692 -ERW | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | SUNDERLAGE RESOURCE GROUP INC. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******1925 Checking Account |
| Taxpayer ID No: | *******9378 | | |
| For Period Ending: | 03/13/15 | Blanket Bond (per case limit): | |
| | | Separate Bond (if applicable): | $ 50,000,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/16/14 | 003007 | Chicago, IL 60601<br>Precision Consulting, Inc.<br>Merit B Herman President/CEO<br>1875 Lester Ave.<br>Clovis, CA 93619 | | 7100-000 | | 535.69 | 7,762.95 |
| 10/16/14 | 003008 | Benjamin B. LeCompte III<br>Kenneth A Michaels Jr<br>53 W Jackson # 1115<br>Chicago, IL 60604 | | 7100-000 | | 7,762.95 | 0.00 |

|   |   |   |
| --- | --- | --- |
| COLUMN TOTALS | 19,886.98 | 19,886.98 | 0.00 |
| Less: Bank Transfers/CD's | 18,337.17 | 0.00 | |
| Subtotal | 1,549.81 | 19,886.98 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 1,549.81 | 19,886.98 | |

Page Subtotals  0.00  8,298.64

Ver: 18.03b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-37692 -ERW | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|
| Case Name: | SUNDERLAGE RESOURCE GROUP INC. | Bank Name: | UNKNOWN BANK |
| | | Account Number / CD #: | *******9983 Checking Account |
| Taxpayer ID No: | *******9378 | | |
| For Period Ending: | 03/13/15 | Blanket Bond (per case limit): | |
| | | Separate Bond (if applicable): | $ 50,000,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/03/13 | | Chase Bank | proceeds from DIP account | 1229-000 | 18,582.63 | | 18,582.63 |
| 02/03/13 | 5 | Asset Sales Memo: | DIP account - JP Morgan Chase Bank $18,582.63 | | | | 18,582.63 |
| 03/31/13 | | Congressional Bank | bank service fee | 2600-000 | | 14.64 | 18,567.99 |
| 05/31/13 | | Congressional Bank | bank service fee | 2600-000 | | 1.07 | 18,566.92 |
| 06/01/13 | | Congressional Bank | bank service fee (4/22/13) | 2600-000 | | 19.72 | 18,547.20 |
| 06/30/13 | | Congressional bank | bank service fee (5/31/13) | 2600-000 | | 18.00 | 18,529.20 |
| 06/30/13 | | Congressional Bank | bank service fee | 2600-000 | | 19.68 | 18,509.52 |
| 07/31/13 | | CB | bank service fee | 2600-000 | | 19.02 | 18,490.50 |
| 08/31/13 | | CB | bank service fee | 2600-000 | | 19.63 | 18,470.87 |
| 09/30/13 | | cong bnk | bank service fee | 2600-000 | | 19.61 | 18,451.26 |
| 10/31/13 | | cb | bank service fee | 2600-000 | | 18.96 | 18,432.30 |
| 12/01/13 | | cb | bank service fee | 2600-000 | | 19.57 | 18,412.73 |
| 12/31/13 | | cb | bank service fee | 2600-000 | | 18.92 | 18,393.81 |
| 01/31/14 | | cb | bank service fee | 2600-000 | | 19.53 | 18,374.28 |
| 02/28/14 | | cb | bank service fee | 2600-000 | | 19.51 | 18,354.77 |
| 03/11/14 | | cb | bank service fee | 2600-000 | | 17.60 | 18,337.17 |
| 03/12/14 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 18,337.17 | 0.00 |

| | COLUMN TOTALS | 18,582.63 | 18,582.63 | 0.00 |
|---|---|---|---|---|
| | Less: Bank Transfers/CD's | 0.00 | 18,337.17 | |
| | Subtotal | 18,582.63 | 245.46 | |
| | Less: Payments to Debtors | | 0.00 | |
| | Net | 18,582.63 | 245.46 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********1925 | 1,549.81 | 19,886.98 | 0.00 |
| Checking Account - ********9983 | 18,582.63 | 245.46 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| Page Subtotals | 18,582.63 | 18,582.63 | |

Ver: 18.03b

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-37692 -ERW | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|
| Case Name: | SUNDERLAGE RESOURCE GROUP INC. | Bank Name: | UNKNOWN BANK |
| | | Account Number / CD #: | *******9983  Checking Account |
| Taxpayer ID No: | *******9378 | | |
| For Period Ending: | 03/13/15 | Blanket Bond (per case limit): | |
| | | Separate Bond (if applicable): | $ 50,000,000.00 |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | 20,132.44 | 20,132.44 | 0.00 |
| | | | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        0.00

Ver: 18.03b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*